**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  10-19621    AIH    Judge: ARTHUR I. HARRIS        Trustee Name:  SHELDON STEIN
Case Name:  ODY, CHRISTINA DIANE                Date Filed (f) or Converted (c):  09/30/10 (f)
                                 341(a) Meeting Date:  11/30/10
For Period Ending: 12/15/10                      Claims Bar Date:  03/25/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Bank Account FifthThird Bank | 1,500.00 | 45.00 |  | 0.00 | 45.00 |
| 3. Savings Bank Account FifthThird Bank | 55.00 | 55.00 |  | 0.00 | 55.00 |
| 4. Household Goods | 800.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 350.00 | 0.00 | DA | 0.00 | FA |
| 6. Wedding Ring Set | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 7. Education IRA | 2,534.00 | 0.00 | DA | 0.00 | FA |
| 8. 401k Park Corp | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9. PERS | 1,672.00 | 0.00 | DA | 0.00 | FA |
| 10. IRA Vanguard | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2006 Saturn Relay | 7,165.00 | 0.00 | DA | 0.00 | FA |
| 12. CONTINGENT CLAIMS-2010 Tax Refund (u) | 0.00 | 1.00 |  | 0.00 | 1.00 |
| 13. OTHER MISCELLANEOUS-Preference (u) Meadow Lake Home Owners Assoc. | 0.00 | 1.00 |  | 0.00 | 1.00 |

                                                                        **Gross Value of Remaining Assets**
TOTALS (Excluding Unknown Values)    $17,396.00    $102.00            $0.00        $102.00
                                                                        (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/01/11    Current Projected Date of Final Report (TFR): 12/01/11

          /s/    SHELDON STEIN
_____ Date: 12/15/10
          SHELDON STEIN

LFORM1                                                                                              Ver: 16.01a

10-19621-aih    Doc 11    FILED 12/16/10    ENTERED 12/16/10 11:27:37    Page 1 of 1